1  McGREGOR W. SCOTT
   United States Attorney
2  DARIN ROCK
   Special Assistant U.S. Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
     UNITED STATES OF AMERICA
7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:17-po-00364-SAB |
|---|---|
| Plaintiff, | [Citation #6044663 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| EDWARD R. ASHBURN | |
| Defendant. | |

   The United States of America, by and through McGregor W. Scott, United States Attorney, and Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:17-po-00364-SAB [Citation #6044663] against EDWARD R. ASHBURN without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 16, 2018            Respectfully submitted,

                                   McGregor W. Scott
                                   United States Attorney

                            By:    /s/ Darin Rock
                                   DARIN ROCK
                                   Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:17-po-00364-SAB [Citation #6044663] against EDWARD R. ASHBURN be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __January 17, 2018__

UNITED STATES MAGISTRATE JUDGE